ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL VI

| MUNICIPIO DE DORADO<br><br>Peticionario<br><br>v.<br><br>COMISIÓN APELATIVA DEL SERVICIO PÚBLICO<br><br>Recurrido | KLRX202400002 | *Revisión Administrativa* procedente del Comisión Apelativa del Servicio Público<br><br>Caso núm.:<br>CASP 2021-03-0580<br><br>Sobre:<br><br>Mandamus |
|---|---|---|

Panel integrado por su presidenta, la Jueza Ortiz Flores, el Juez Rivera Torres, la Jueza Rivera Pérez y el Juez Campos Pérez.

**SENTENCIA**

En San Juan, Puerto Rico hoy, 27 de febrero de 2024.

Examinado el *Aviso de Desistimiento* presentado por el Municipio de Dorado el 23 de febrero de 2024, el Tribunal dispone lo siguiente:

**Ha Lugar**. En consecuencia, se ordena el cierre y archivo del recurso del presente caso de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones[1].

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] 4 LPRA Ap. XXII-B, R. 83(A).